1 FRANKLIN J. LOVE, Bar #80334
2 LAW OFFICE OF FRANKLIN J. LOVE
3 800 S. Barranca Ave., Ste. 100
  Covina, California 91723
4 (626)653-0455

```
           FILED
CLERK, U.S. DISTRICT COURT

       JAN 31 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC. | CASE No. CV 03-6939ER(PJx) |
| Plaintiff, | **RENEWAL OF DEFAULT JUDGMENT BY CLERK** |
| vs. | |
| RAUL PINEDA, individually and dba TACOS MEXICO aka TACOS MEXICO SANTA ANA aka TACOS MEXICO RAUL PINEDA #3 | |
| Defendant | |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on April 28, 2004, against defendant, **RAUL PINEDA, individually and dba TACOS MEXICO aka TACOS MEXICO SANTA ANA aka TACOS MEXICO RAUL PINEDA #3,** is hereby renewed on the amounts set forth:

**RENEWAL OF MONEY JUDGMENT**

| | | |
|---|---|---:|
| a. | Total judgment | $18,090.00 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a thru c) | 18,090.00 |
| e. | Credits after Judgment | 0.00 |
| f. | Subtotal (substract e from d) | 18,090.00 |
| g. | Interest after judgment | 4,397.34 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **$22,487.34** |

DATED: 1/31/2014        Clerk by  s/ Joseph Remigio