1  Calvin F. Love, Bar #307493
2  LAW OFFICES OF FRANKLIN J. LOVE
   800 S. Barranca Ave., Ste. 100
3  Covina, CA 91723
   Ph: (626)653-0455
4  Fax (626)653-0465

5  Attorney for Creative Recovery Concepts, Inc.
6  Assignee of Judgment

7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 | GARDEN CITY BOXING CLUB, INC. | CASE No. CV 03-6939 ER(PJx) |
12 | Plaintiff | |
13 | vs | **RENEWAL OF DEFAULT** |
14 | RAUL PINEDA individually and dba TACOS MEXICO aka TACOS MEXICO SANTA ANA aka TACOS MEXICO RAUL PINEDA #3 | **JUDGMENT BY CLERK** |
15 | | |
16 | Defendant | |

17

18   Based upon the Application for Renewal of Judgment of the renewed original judgment,

19   and pursuant to F.R.C.P. 69 (a) and C.C.P. 683.110 through 683.320 and good cause

20   appearing, therefore:

21

22   The default judgment entered on April 28, 2004 on behalf of Plaintiff, **GARDEN CITY**

23   **BOXING CLUB, INC.,** which was then assigned by Plaintiff to Assignee of Judgment,

24   **CREATIVE RECOVERY CONCEPTS, INC.** and renewed on January 31, 2014,

25   in favor of Assignee of Judgment, **CREATIVE RECOVERY CONCEPTS, INC.**

26   and against defendant, **RAUL PINEDA individually and dba TACOS MEXICO**

27

28   PAGE 1                              RENEWAL OF JUDGMENT
                                         CASE NO. CV 03-6939 ER (PJX)

aka TACOS MEXICO SANTA ANA aka TACOS MEXICO RAUL PINEDA #3,

is hereby renewed in the following amounts:

**Renewal of money judgment**

| | | |
|---|---|---|
| a. | Total Judgment as last renewed | $22,487.34 |
| b. | Costs after Judgment | 0.00 |
| c. | Attorney Fees | 0.00 |
| d. | Subtotal (add a and b) | 22,487.34 |
| e. | Credits after judgment | 0.00 |
| f. | Subtotal (subtract e from d) | 22,487.34 |
| g. | Interest after judgment | 4,980.36 |
| h. | Fee for filing renewal | 0.00 |
| i. | **TOTAL RENEWED JUDGMENT** | **$27,467.70** |

DATED: December 15, 2022         Clerk by *Sharon Hall Brown*
                                          Deputy

PAGE 2                           RENEWAL OF JUDGMENT
                                 CASE NO. CV 03-6939 ER (PJX)